# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

FOLTZ WELDING, LTD.,

    Plaintiff,

v.

JEFFREY LAURITZEN,

    Defendant.

Case No. 3:17-cv-01207-JPG-MAB

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The parties have filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 44.) That rule allows the parties to dismiss a case on their own if they file a joint stipulation signed by all parties. Having met the requirements of the rule, the Court **FINDS** that this case is **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: MAY 6, 2019**

                                                     s/ *J. Phil Gilbert*
                                                     **J. PHIL GILBERT**
                                                     **U.S. DISTRICT JUDGE**